**Order filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01156-CV
_____

**CAROLYN CALKINS JAMES, INDIVIDUALLY AND AS NEXT FRIEND OF HER ELDERLY MOTHER, MARY OLIVE CALKINS, Appellant**

**V.**

**HONORABLE OLEN UNDERWOOD, HONORABLE PATRICK SEBESTA AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND, RICHARD STEPHEN CALKINS AS AGENT IN FACT FOR MARY OLIVE CALKINS AND MICHAEL EASTON, INDIVIDUALLY AND AS ASSIGNEE OF RICHARD STEPHEN CALKINS, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-51725**

---

## ORDER

According to information provided to this court, this is an accelerated appeal from a dismissal order signed November 30, 2012. The record has not yet been filed. On February 6, 2013, the clerk responsible for preparing the record has

advised this court that appellant has not paid for preparation of the record. In response to this court's notice, appellant requested and was granted an extension of time to file the record. On March 11, 2013, the district clerk's office again notified this court that payment for the record had not been received. On March 12, 2013, the court notified appellant that the appeal was subject to dismissal unless appellant paid for the record and provided proof of payment by March 27, 2013.

On March 29, 2013, appellees filed a response in opposition to any further extensions of time to file the clerk's record. In the response, appellees advised this court that the Court of Appeals for the First District of Texas had previously considered the same claims at issue in this appeal. *See In re James,* No. 01-10-00751-CV (Tex. App.—Houston [1st Dist.] 2010, orig. proceeding) (mem. op.). In addition, appellees stated that there are six other related appeals pending in the First Court of Appeals. *See* Nos. 01-11-00731-CV, 01-11-00732-CV, 01-11-00733-CV, 01-11-00734-CV, 01-12-00445-CV, and 01-13-00118-CV.

On April 4, 2013, appellees filed a motion to dismiss this appeal for want of prosecution. In the motion, appellees again referred to the related cases in the Court of Appeals for the First District of Texas. Accordingly, we issue the following order:

It is **ORDERED** that the appeal docketed under this court's appellate cause number 14-12-01156-CV is **TRANSFERRED** to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this court is directed to transfer all papers filed in the case, and certify all orders made, to the Court of Appeals for the First District of Texas. Appellees' motion to dismiss the appeal remains pending.

PER CURIAM